**Fill in this information to identify your case:**

Debtor 1: **Ernest A. Vicknair, Jr.**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): **17-11059**

■ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**American Express**
**PO Box 650448**
**Dallas, TX 75265-0448**

Contact

Contact phone

**What is the nature of the claim?** **credit card** $ **$28,749.31**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

**2**

**Beier Radio LLC**
**c/o Richard A. Richardson**
**9 Starbrush Circle, Ste. 102**
**Covington, LA 70433**

Contact

**What is the nature of the claim?** **Open account - personal guarantee** $ **$474,489.00**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Ernest A. Vicknair, Jr.** Case number *(if known)* **17-11059**

Contact phone

Value of security: - $
Unsecured claim $

---

**3**

**Cabela's Club Visa**
**PO Box 82519**
**Lincoln, NE 68501-2519**

Contact

Contact phone

**What is the nature of the claim?** **credit card** $ **$25,329.17**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

---

**4**

**Capital One Bank**
**P. O. Box 105474**
**Atlanta, GA 30348-5474**

Contact

Contact phone

**What is the nature of the claim?** **Line of Creditor for Bailey HVAC LLC** $ **$211,497.09**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

---

**5**

**Chase Ink**
**PO Box 94014**
**Palatine, IL 60094**

Contact

Contact phone

**What is the nature of the claim?** **credit card** $ **$11,102.64**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

---

**6**

**Chase Ink Bold**
**PO Box 15123**
**Wilmington, DE 19850-5123**

**What is the nature of the claim?** **credit card** $ **$79,084.82**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- None of the above apply



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Ernest A. Vicknair, Jr.** Case number *(if known)* **17-11059**

■

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact
Contact phone

---

**7**

**Discover**
**PO Box 30943**
**Salt Lake City, UT 84130**

**What is the nature of the claim?** **credit card** $ **$11,295.73**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact
Contact phone

---

**8**

**Donovan Marine, Inc.**
**c/o William Allen Schafer**
**147 Keating Dr.**
**P. O. Box 208**
**Belle Chasse, LA 70037**

**What is the nature of the claim?** **Open Account - personal guarantee** $ **$58,032.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact
Contact phone

---

**9**

**Express Supply & Steel LLC**
**c/o William Ryan Acomb**
**Porteous Hainkel & Johnson LLP**
**704 Carondelet Street**
**New Orleans, LA 70130-3774**

**What is the nature of the claim?** **Open Account - personal guarantee** $ **$563,021.77**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact
Contact phone

---



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Ernest A. Vicknair, Jr.** Case number *(if known)* **17-11059**

**10**

**First American Bank**
**P. O. Box 550**
**Vacherie, LA 70090**

Contact

Contact phone

**What is the nature of the claim?** **201-211 St. Louis Street, Thibodaux, LA; 15-- W. Esplanade #6C, 43A, 36E, 32D, Kenner;** $ **$2,060,288.69**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ■ Yes. Total claim (secured and unsecured) $ **$3,046,288.69**
  - Value of security: - $ **$986,000.00**
  - Unsecured claim $ **$2,060,288.69**

---

**11**

**Internal Revenue Service**
**c/o Lorraine Guillot, Bankr. Specialist**
**1555 Poydras Street, Ste. 220**
**M/S 31**
**New Orleans, LA 70112**

Contact

Contact phone

**What is the nature of the claim?** **1040 Tax** $ **$37,910.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

---

**12**

**Jim Sampey**
**807 Hwy. 308**
**Thibodaux, LA 70301**

Contact

Contact phone

**What is the nature of the claim?** **Personal loan** $ **$55,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

---

**13**

**Kristie Currie**
**201 St. Louis Street**
**Thibodaux, LA 70301**

**What is the nature of the claim?** **Back wages** $ **$12,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Ernest A. Vicknair, Jr.** Case number *(if known)* **17-11059**

Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

---

**14**

**Lowland Investors**
**206 Industrial C**
**Houma, LA 70363**

**What is the nature of the claim?** **Open Account - personal guarantee** $ **$1,500,000.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

---

**15**

**LSU Athletic Ticket Office**
**Athletic Administration Building**
**Baton Rouge, LA 70803**

**What is the nature of the claim?** **Season tickets** $ **$11,700.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

---

**16**

**Steven Constantine**
**1424 North Cumberland**
**Metairie, LA 70003**

**What is the nature of the claim?** **Personal loan** $ **$20,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

---

**17**

**Superior Labor Services, Inc.**

**What is the nature of the claim?** **Promissory Note** $ **$168,000.00**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Ernest A. Vicknair, Jr.** Case number *(if known)* **17-11059**

**P. O. Box 439**
**Mathews, LA 70375**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

---

**18**

**Synergy Bank**
**P. O. Box 2166**
**Houma, LA 70361-2166**

**What is the nature of the claim?** **Inventory & Equipment M/V Mr. Ernie; JG Marine LLC Loan;** $ **$8,412,197.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

---

**19**

**Synergy Bank**
**P. O. Box 2166**
**Houma, LA 70361-2166**

**What is the nature of the claim?** **126 Parlange Drive Water Proof Plantation Estates Houma, LA 70360 Terrebonne County**
**Lots 13, 14, & 15** $ **$1,722,487.61**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured) $ **$2,022,487.61**
Value of security: - $ **$300,000.00**
Unsecured claim $ **$1,722,487.61**

---

**20**

**United Community Bank**

**What is the nature of the claim?** **Personal guarantee; Vessel "Baseline Explorer; 458 Hwy. 3185 Thibodaux,** $ **$4,732,925.80**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Ernest A. Vicknair, Jr.** Case number *(if known)* **17-11059**

**c/o Mark A. Mintz**
**Jones Walker, LLP**
**201 St. Charles Ave., 49th Floor**
**New Orleans, LA 70170**

Contact

Contact phone

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  - Value of security: - $
  - Unsecured claim $

**Part 2: Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Ernest A. Vicknair, Jr.**
**Ernest A. Vicknair, Jr.**
Signature of Debtor 1

X
Signature of Debtor 2

Date **May 11, 2017**

Date



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Ernest A. Vicknair, Jr.** Case number *(if known)* **17-11059**

**United Community Bank**
**c/o Mark A. Mintz**
**Jones Walker, LLP**
**201 St. Charles Ave., 49th Floor**
**New Orleans, LA 70170**

Contact

Contact phone

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ ______
  - Value of security: - $ ______
  - Unsecured claim $ ______

**Part 2: Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Ernest A. Vicknair, Jr.**
**Ernest A. Vicknair, Jr.**
Signature of Debtor 1

X ______
Signature of Debtor 2

Date **May 11, 2017**

Date ______



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy