**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **ERNEST A, VICKNAIR, JR.** | **Case No. 17-11059** |
| **Debtor** | **Section "A"** |

## REQUEST TO AMEND MATRIX TO ADD CREDITORS

**NOW INTO COURT**, through undersigned counsel, comes Ernest A. Vicknair, Jr. ("Debtor"), who respectfully represents that the Matrix be amended to include the following creditors:

City of Thibodaux
P. O. Box 5418
Thibodaux, LA 70302

Jefferson Parish Dept. of Water
1221 Elmwood Park Blvd.
New Orleans, LA 70123

Servpro
P. O. Box 5927
Slidell, LA 70469

Mr. Ed, LLC *(providing an address to already listed creditor)*
440 Browing Court
Houma, LA 70363

Lowland Investors *(providing an address to already listed creditor)*
206 Industrial C
Houma, LA 70363

EQ, LLC *(providing an address to already listed creditor)*
201 St. Louis Street
Thibodaux, LA 70301

RESPECTFULLY SUBMITTED:
*/s/ Frederick L. Bunol*
FREDERICK L. BUNOL (29111)
THE DERBES LAW FIRM, LLC
3027 Ridgelake Drive
Metairie, LA 70002
Phone: (504) 837-1230
Facsimile: (504) 832-0327
*Attorneys for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Request to Amend Matrix to Add Creditors has been served through the Court's electronic filing system on the parties entitled to receive notice on this 11th day of May, 2017.

*/s/ Frederick L. Bunol*
FREDERICK L. BUNOL (29111)